ACCEPTED
12-14-00039-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/21/2015 1:16:15 PM
Pam Estes
CLERK

# Shari Moore

## Attorney at Law

107 E. Tyler St.
Athens, Texas 75751
(903) 675-8005
(903) 675-8006 fax

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/21/2015 1:16:15 PM
PAM ESTES
Clerk

October 21, 2015

Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 W. Front St., Suite 354
Tyler, Texas 75702

Re: Danny Lusk v. The State of Texas,

    Cause Nos. 12-13-00225CR & 12-14-00039-CR

    Trial Court Cause Nos. C-18,897 & C-19, 241

Dear Ms. Lusk:

This letter serves as my certification that on October 15, 2015 I sent the above-referenced appellant a letter complying with Tex. R. App. 48.4. Attached is a copy of the certified mail receipt as well as the return "green" card showing receipt of said letter.

Respectfully,

Shari Moore

SDM:sme

■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**X** _[signature]_

**B.** Received by *(Printed Name)*

_Trina Sims_

**C.**

1. Article Addressed to:

Mr. Donny LUSK, Inmate
TDCJ # 01886887 0
Polonsky Unit
3872 FM 350 South
Livingston, Texas 77351

**D.** Is delivery address different from item 1?
If YES, enter delivery address below:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9403 0759 5196 2806 14

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority
☐ Regist
☐ Regist Deliver
☐ Return Merch
☐ Signat
☐ Signat Restric

2. Article Number *(Transfer from service label)*

7015 1730 0001 2803 2640

PS F---- 3811 ---------

---

UNITED STATES POSTAL SERVICE

⁑⁑ OCT '15

‖ ‖ ‖

First-Cla
Postage
USPS
Permit N

● Sender: Please print your name, address, and ZIP+4® in this bo

Shari Moore, Attorney at Law
107 E. Tyler St.
Athens, TX 75751

**USPS TRACKING#**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9403 0759 5196 2806 14



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

LIVINGSTON, TX 77351

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

| | |
|---|---|
| Postage | |
| $ | $1.64 |
| Total Postage and Fees | |
| $ | $7.89 |

$2.80

Postmark Here

10/15/2015

Sent To
Donny LUSK, TDCJ # 01886887 0
Street and Apt. No., or PO Box No.
3872 FM 350 South
City, State, ZIP+4
Livingston, Texas 77351

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions